**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| CENTER FOR BIOLOGICAL DIVERSITY, | |
| Plaintiff, | Civil Action No.: 1:18-cv-02576-RC |
| v. | **NOTICE OF INTENT TO FILE AMENDED COMPLAINT** |
| DAVID BERNHARDT, *et al*. | |
| Defendants. | |

This notice informs the Court of Plaintiff's intention to file an amended complaint as of right pursuant to Fed. R. Civ. P. 15(a)(1)(B).

On November 18, 2018, Plaintiff filed its Complaint, ECF 1, and service was executed as to the United States Attorney on December 17, 2018. Defendants answer was thus due on February 15, 2019. However, in light of the lapse of appropriations beginning on December 21, 2018 and the Federal Defendants' Unopposed Motion for Extension of Time to Answer or Otherwise Respond, ECF 10, this Court ordered Federal Defendants to respond to Plaintiff's Complaint on or before March 1, 2019. Minute Order (Jan. 30, 2019).

On March 1, 2019, Federal Defendants moved to dismiss Plaintiff's Complaint. ECF 11. Pursuant to LCvR7(b), Plaintiff's opposition to the motion to dismiss would be due March 15, 2019. However, Plaintiff intends to exercise its right to amend its Complaint as a matter of course pursuant to Fed. R. Civ. P. 15(a)(1)(B). Thus, Plaintiff intends to file an Amended Complaint on or before March 22, 2019. *Id.*

Plaintiff notified Federal Defendants of its intent, and Federal Defendants requested an extension of time until April 26, 2019 in which to respond to Plaintiff's Amended Complaint.[1] Plaintiff does not oppose this request.

DATED: March 11, 2019             /s/ *Ryan Adair Shannon*
                                  Ryan Adair Shannon (D.C. Bar No. OR 00007)
                                  CENTER FOR BIOLOGICAL DIVERSITY
                                  P.O. Box 11374
                                  Portland, OR 97211
                                  T: 503.283.5475 ext. 407
                                  F: 503.283.5528
                                  E: rshannon@biologicaldiversity.org

                                  Amy R. Atwood (D.C. Bar No. 470258)
                                  CENTER FOR BIOLOGICAL DIVERSITY
                                  P.O. Box 11374
                                  Portland, OR 97211-0374
                                  T: 971.717.6401
                                  E: atwood@biologicaldiversity.org

                                  *Attorneys for Plaintiff*

---

[1] Absent an extension of time, Federal Defendants' response to Plaintiff's Amended Complaint would be due on April 5, 2019 pursuant to Fed. R. Civ. P. 15(a)(3).