# EXHIBIT B




# United States Department of the Interior

### FISH AND WILDLIFE SERVICE
Washington, D.C. 20240

OCT 1 3 2017

In Reply Refer To:
FWS/D/066708

Memorandum

To: Assistant Director, Ecological Services

From: Principal Deputy Director

Subject: State Representation on Species Status Assessment Teams

The U.S. Fish and Wildlife Service (Service) developed the Species Status Assessment (SSA) framework as part of ongoing efforts to improve implementation of the Endangered Species Act (ESA). This assessment is based on the best available scientific and commercial information, which should include information from the states.

In addition, the Service's policy regarding the role of state fish and wildlife agencies in ESA activities requires the agency to coordinate, collaborate, and use the expertise of state agencies in developing the scientific foundation upon which the Service bases its determinations for listing actions. The input of states should include (but is not limited to) a solicitation of state data and research in addition to state personnel involvement in the development of SSAs.

To better implement these requirements, the Service will formally request at least two representatives from the state government on all SSA teams, subject to the affected states' willingness to participate. Each SSA team will request one member from the respective state fish and wildlife management agency(s) and one as designated by the respective Governor's office(s). This requirement is to be implemented in beginning with all new SSA's starting November 1, 2017.

Additionally, the Department of the Interior's Strategic Plan for Fiscal Years 2018-2002, as submitted to the Office of Management and Budget (OMB), supports this requirement in the target set for an Agency Priority Goal related to ESA implementation.




# United States Department of the Interior

FISH AND WILDLIFE SERVICE
Washington, D.C. 20240

In Reply Refer To:
FWS/AES/DCC/BLPS/067151

JAN 1 6 2018

Memorandum

To:          Assistant Director, Ecological Services

From:       Principal Deputy Director

Subject:    Clarification of Memorandum Titled "State Representation on Species Status Assessment Teams," dated October 13, 2017

This clarifies and supplements my previous memorandum of October 13, 2017, regarding the requirement for state representation on Species Status Assessment (SSA) teams convened to support ESA classification decisions (i.e., listing, delisting, or reclassification decisions).

My expectation is that any SSA developed to support an ESA classification decision should invite participation from at least one state representative per state. Invitations for participation shall be extended to the Governor's office or the state agency that has jurisdiction over the species to identify a state employee with necessary expertise to serve as the state representative on the SSA team. In most cases, the state agency with jurisdiction will be the state fish and wildlife agency, but in some cases may be another state agency, such as a department of agriculture or natural resources. State representatives participating on SSA teams must be a State employee (i.e., not a contractor) and have relevant expertise in the ecology of the species (or similar species), the ecosystem, or the relevant biological stressors being analyzed.

This guidance is effective immediately.