# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CENTER FOR BIOLOGICAL DIVERSITY, | ) ) ) ) ) ) ) ) ) ) ) ) ) |
| Plaintiff, | |
| v. | |
| DAVID BERNHARDT, in his official capacity as Secretary of the Interior, *et al.*, | |
| Defendants. | |

Civil Action No. 1:18-cv-02576-RC

## [PROPOSED] ORDER

Upon consideration of Federal Defendants' Motion to Dismiss, ECF ____, and any responses or replies thereto;

On finding that good cause exists to grant the motion because Plaintiff lacks standing to bring this lawsuit and fails to challenge final agency action;

It is hereby ORDERED that the motion is GRANTED.

Plaintiff's Complaint is hereby DISMISSED in its entirety and this matter is now CLOSED. All parties shall bear their own costs and fees, including attorneys fees.

IT IS SO ORDERED.

Dated: _____

The Honorable District Court Judge