# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | | | |
|---|---|---|---|
| CENTER FOR BIOLOGICAL DIVERSITY, | : | | |
| | : | | |
| Plaintiff, | : | Civil Action No.: | 18-2576 (RC) |
| | : | | |
| v. | : | Re Document No.: | 17 |
| | : | | |
| DAVID BERNHARDT, *et al.*, | : | | |
| | : | | |
| Defendants. | : | | |

## ORDER

### GRANTING DEFENDANTS' MOTION TO DISMISS

For the reasons stated in the Court's Memorandum Opinion separately and contemporaneously issued, Defendants' motion to dismiss (ECF No. 17) is **GRANTED**.

**SO ORDERED**.

Dated: February 12, 2020                               RUDOLPH CONTRERAS
                                                                          United States District Judge